## PETITION TO REHEAR

JOHNSON v. FIRST UNION CORP.

No. 485PA98

Case below: 351 N.C. 339

Petition by plaintiff to rehear pursuant to Rule 31 denied 4 May 2000.

STATE v. WILLIAMS

No. 264A90-5

Case below: 351 N.C. 465

Motion by defendant to reconsider the opinion reversing the Superior Court order dismissed 4 May 2000.